Rodney Lamont HARRIS *v.* STATE of Arkansas

RC 90-66                                        798 S.W.2d 926

Supreme Court of Arkansas
Opinion delivered December 10, 1990

*William R. Simpson, Jr.*, Public Defender, by: *Howard W. Koopman*, Deputy Public Defender, for appellant.

No response.

PER CURIAM. Petitioner, Rodney Lamont Harris, by his attorney, Howard W. Koopman, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry*

v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.